IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT BANNISTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| INS | : | NO. 02-4047 |

ORDER

AND NOW, this          day of August, 2002, it appearing that on June 21, 2002, petitioner filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2241, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner did not request leave to proceed in forma pauperis, and

it further appearing that on June 28, 2002, this court Ordered petitioner to cure these defects within thirty days, or else this petition would be dismissed, and

it further appearing that petitioner has not responded to the court's Order of June 28, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
J. CURTIS JOYNER, J.