IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GILBERT BANNISTER            : CIVIL ACTION
                             :
     vs.                     :
                             : NO. 02-4047
INS                          :
```

**ORDER**

AND NOW, this        day of November, 2002 , upon consideration of Petitioner's Motion to Proceed *In Forma Pauperis*, and it appearing to the Court that Petitioner does not have the financial resources to pay the District Court filing fees prescribed by 28 U.S.C. §1914, it is hereby ORDERED that the Motion is GRANTED and Petitioner is given leave to proceed in this action *In Forma Pauperis*.  See: 28 U.S.C. §1915(a); Adkins v. E.I. DuPont de Nemours, Inc., 335 U.S. 331, 69 S.Ct. 85, 93 L.Ed. 43 (1948).

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to serve a copy of the Petition for Habeas Corpus upon the named respondent.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.