IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GILBERTO BANNISTER,            :
                               :
            Petitioner         :
                               :
       v.                      :     CIVIL NO. 02-8531
                               :
JOHN ASHCROFT, ET AL.          :
                               :
       Respondents.            :
                               :


EXHIBITS

EXHIBIT 1

**U.S. Department of Justice**
Immigration and Naturalization Service

**Record of Deportable/Inadmissible Alien**

| | | |
|---|---|---|
| Family Name (CAPS) First   Middle   AKA: ☐ NO ☒ YES - SEE ATTACHED I-831<br>BANNISTER, Gilberto | Sex<br>Male | Hair<br>BLK | Eyes<br>BRO | Cmplxn<br>Dark |

| | | |
|---|---|---|
| Country of Citizenship<br>Panama | Passport Number and Country of Issue | File Number<br>A13 856 385 |

| | |
|---|---|
| Height<br>66" | Weight<br>150 | Occupation<br>student |

U.S. Address
200 E153rd Street  Bronx, New York

| | |
|---|---|
| Date, Place, Time, Manner of Last Entry<br>April 25, 1964; Miami, Florida; 01M | Passenger Boarded  At<br>Panama, R.P. |

Scars or Marks
No

Number, Street, City, Province (State) and Country of Permanent Residence
Panama City, Panama

F.B.I. No.
632268N8

☒ Single ☐ Divorced
☐ Married ☐ Widower ☐ Separated

| | | |
|---|---|---|
| Date of Birth<br>6/29/48    Age: 53 | Date of Action<br>06/06/01 | Location Code<br>NYC |

Method of Location/Apprehension
ACAP 511.2.3

| | |
|---|---|
| City, Province (State)/ Country of Birth<br>Panama City, Panama | AR ☐   Form (Type & No.) ☐ Lifted ☒ Not Lifted<br>☐   I-551 |

(At/Near)
Rikers/EMTC

Date & Hour
2/14/01  10a

NIV Issuing Post and NIV Number
IV;Panama

Social Security Account Name
Gilberto Miller Bannister

By
e.flatt,ia

| | |
|---|---|
| Date Visa Issued<br>4/6/64 | Social Security Number<br>i don't know it |

Status at Entry
01M

Status When Found
I

Length of Time Illegally in U.S.
Over 1 Year

| | | | |
|---|---|---|---|
| Immigration Record A. Goldstein<br>DETAINER: YES  Pending 6/7/01  PRIOR DEPORT: NO | Criminal Record   SEE RAP SHEET. NYSID # 3787020J<br>CONVICTED ☒   INVD ☐   CLMD ☐ |

Name, Address, and Nationality of Spouse (Maiden Name, if appropriate)
C/N;

Number /Nationality minor children
C/N

Father's Name, Nationality, and Address, if Known
BANNISTER, Sidney; Panama; deceased; Not LPR

Mother's Present and Maiden Names, Nationality, and Address, if Known
STUART, Florence; Panama; deceased; Not LPR

| | | |
|---|---|---|
| Monies/Property in U.S. Not in Immediate Possession<br>☒ None Claimed ☐ See Form I-43 | Fingerprinted?<br>☐ Yes ☒ No | INS Systems Checks Completed<br>CIS ☒ NIIS ☐ DACS ☐ CLAIMS ☐ | Charge Code Word(s)<br>R2A3, R2B1 |

| | | |
|---|---|---|
| Name and Address of (Last)/(Current) U.S. Employer<br>unemployed | Type of Employment<br>C/N | Salary<br>$N/A Hr. | Employed From:<br>N/A |

Narrative(Outline particulars under which alien was located/apprehend. Include details not shown above regarding time, place and manner of last entry, attempted entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

CRIME:CSCS-3  AGGRAVATED FELON: YES
INSTITUTION:  Rikers/CIFM    INMATE #:701-0732   EPR DATE: 9/18/01
APPEAL PENDING:NO  APPEAL INFO:  CLERK: Dorastic Donald   COURT: 1st JUD  DATE: 6/8/01
MEANS:  TEL ☒;  MAIL ☐;  IN PERSON ☐;  DOCKET/INDICTMENT(S) 6258-97
SPECIAL PROGRAMS: No;      SMUGGLED ALIEN: No;      ASSISTANCE IN APPREHENSION: No;
CONTRABAND: No;    FRAUDULENT DOCUMENTS: No;    FALSE CLAIMS (LPR,USC): No
EXPLAIN ANY "YES":
FUNDS IN POSSESSION: No;    IF YES: $          ALIEN'S INITIALS:
US MILITARY SERVICE: No;        240A ELIGIBILITY: No;        DERIVATIVE OF US CITIZENSHIP: No
BECAUSE: subject's mother Natzid after subject's 18th birthdate.
IF SUBJECT IS LPR, WERE PARENTS' FILES LOCATED AND REVIEWED OR ARE THEY RIDING W/ PRINCIPAL FILE?
☐ LOCATED    ☐ RIDING   Father's A No.: A      ; Mother's A No.: A 12 041 824;
CRIMINAL HISTORY - TOTAL ARRESTS:  see rap sheet
# FEL CONVICTIONS:        SPECIFY:
# MDM CONVICTIONS:        SPECIFY:
TOTAL CONVICTIONS:
Rec:NTA/WA                                  _Mariano Hernandez_ Immigration Agent
Alien has been advised of communication privileges_____ (Date/Initials)   (Signature and Title of INS Official)

| | |
|---|---|
| Distribution:<br><br>1 - FILE   LANGUAGE: English<br>1 - STATS | Received: (Subject and Documents)   (Report of Interview)<br>Officer:   Mariano Hernandez,  Immigration Agent<br>on:   06/06/01                    at   8:25 AM   (time)<br>Disposition: JAIL<br>Examining Officer: |

Form I-213 (Rev. 4/1/97)

**EXHIBIT 2**



Supreme Court
of the
State of New York

851 GRAND CONCOURSE
BRONX, NEW YORK 10451

# SUPREME COURT
## COUNTY OF BRONX
### Criminal Division

### Certificate of Disposition

Clerk's Office:  05-09-01

*The People of the State of New York against...*

Defendant:  Gilbert Miller

Indictment #:  6258-97

I do certify that it appears from an examination of the Records on file in this office, that the above named defendant was indicted by the Grand Jury of the County of Bronx on 10-10-97, and charged with the crime of

Crim. Sale of a Controlled Substance in/near Schoolgrounds

and that thereafter the said defendant was arraigned before the Hon. Mogulescu, Justice of the Supreme Court, on 12-18-98 and pleaded GUILTY to the crime of

Attempted Criminal Sale of a Controlled Substance in the 3 degree

and that thereafter on 02-07-01 the above named defendant was sentenced to

1 year(s)  NYCCI

Clerk of the Court

A TRUE EXTRACT OF THE MINUTES

**EXHIBIT 3**

Department of Justice
Immigration and Naturalization Service

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No.    A13 856 385

In the Matter of:

Respondent:    **BANNISTER, Gilberto**    currently residing at:

Eric M. Taylor Center, Building C-76 10-10 Hazen Street
East Elmhurst, New York 11370

(Number, street, city, state and zip code)    (Area code and phone number)

- [ ] 1. You are an arriving alien.
- [ ] 2. You are an alien present in the United States who has not been admitted or paroled.
- [x] 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

### SEE ATTACHED I-831 FOR ALLEGATIONS

On the basis of the forgoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

### SEE ATTACHED I-831 FOR PROVISION(S) OF LAW

- [ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

- [ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8 CFR 208.30(f)(2)  [ ] 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE

(Complete Address of Immigration Court, Including Room Number, if any)

on    TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE    at    TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE    to show why you should not be removed from the United States based on the charge(s) set forth above.

(Date)    (Time)

_____
Deputy Assistant District Director for Investigations, NY NY
(Signature and Title of Issuing Officer)
New York, New York
(City and State)

Date:    06/07/01

# See reverse for important information

Form I-862 (Rev. 3-22-99)

# Notice to Respondent

**Warning:  Any statement you make may be used against you in removal proceedings.**

**Alien Registration:**  This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings.  You are required to carry it with you at all times.

**Representation:**  If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16.  Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel.  A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:**  At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case.  If any document is in a foreign language, you must bring the original and a certified English translation of the document.  If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear.  You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.  At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily.  You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:**  You are required to provide the INS, in writing, with your full mailing address and telephone number.  You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding.  You will be provided with a copy of this form.  Notices of hearing will be mailed to this address.  If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing.  If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing.  I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

(Signature of Respondent)
_____

Date: _____

_____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on _____ 9/05/01 _____ , in the following manner and in

(Date)

compliance with section 239(a)(1)(F) of the Act:

[X] in person          [ ] by certified mail, return receipt requested          [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organizations and attorneys which provide free legal services.

[X] The alien was provided oral notice in the _____ ENGLISH _____ language of the time and place of his or her

hearing and of consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_____
(Signature and Title of Officer)

Form I-862 (Rev. 3-22-99)

**U. S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form   I-862

| Alien's Name<br>BANNISTER, Gilberto | File Number<br>A13 856 385 | Date<br>06/07/01 |
|---|---|---|

## ALLEGATIONS:

1. You are not a citizen or national of the United States;

2. You are a native of Panama and a citizen of Panama;

3. You were admitted to the United States at or near Miami, Florida, on or about April 25, 1964 as Lawful Permanent Resident;

4. You were convicted of the crime of Attempted Criminal Sale of a Controlled Substance in the Third Degree, to wit: crack, in violation of Section 110/220.39 of the New York State Penal Law pursuant to a judgment entered on or about February 07, 2001 by the Supreme Court of the State of New York, County of the Bronx under indictment #6258-97.

## CHARGES:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(B) and (U) of the Act.

Section 237(a)(2)(B)(i) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act [21 U.S.C. 802]), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

## AKA's:   MILLER, Gilbert B.; MILLER, Gilber; MILLERE, Gilbert.

| Signature | Title |
|---|---|
| *[signature]* | Deputy Assistant District Director for Investigations, NY NY |

**EXHIBIT 4**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
YORK, PENNSYLVANIA


BANNISTER, GILBERTO
C/O YORK INS
YORK            PA.17402


IN THE MATTER OF            FILE A 13-856-385       DATE: Apr 9, 2002
BANNISTER, GILBERTO


___ UNABLE TO FORWARD - NO ADDRESS PROVIDED

___ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
    IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
    WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION
    SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
    YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
    MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                          OFFICE OF THE CLERK
                          P.O. BOX 8530
                          FALLS CHURCH, VA  22041


___ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
    OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
    THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
    WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
    SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
    8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
    TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                          IMMIGRATION COURT
                          3400 CONCORD ROAD., SUITE 2
                          YORK, PA  17402

___ OTHER: _Bond mem_____


                          _____
                          COURT CLERK                            FF
                          IMMIGRATION COURT

    CC: DISTRICT COUNSEL, C/O YORK PRISON
        3400 CONCORD ROAD
        YORK, PA,  17402

RYS

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**YORK, PENNSYLVANIA**

**IN THE MATTER OF** _Barnister, Gilberto_

**A #** _13-856-389_

**DATE OF REDETERMINATION** _1-22-02_

**DECISION** _$7,500.—_

**On Behalf of Respondent**

_Sandra Greene, Esq._
_154 E. Market St, #202,_
_York, Pa 17403_

**On Behalf of Service**

**BOND REDETERMINATION MEMORANDUM**

In a recent decision by the United States Court of Appeals for the Third Circuit in <u>Patel v. Zemski</u>, 275 F.3d 299 (3rd Cir.), the court found that the mandatory custody rules set forth in section 236(c) of the Immgration and Naturalization Act were unconstitutional to the extent that aliens, and particularly lawful permanent residents, are not permitted to establish that they are not a flight risk or danger to the community. That is, even those aliens with a criminal record are entitled to a substantive bond hearing. Thus, all Board decisions relating to the mandatory custody provisions of section 236(c) have been effectively overruled by the Third Circuit.

I have duly considered the standard of review as set forth in <u>Matter of Andrade</u>, 19 I&N Dec. 488 (BIA 1987). In so doing, I have taken particular note of the Third Circuit's observation in <u>Patel</u> that "government detention violates substantive due process unless it is ordered in...special and narrow non-punitive circumstances...where a special justification...outweighs the individual's constitutionally protected interest in avoiding physical restraint," *citing* <u>Zadvydas v. Davis</u>, 121 S.Ct. 2491 at 2499 (2001).

1. General Information
     Nativity_____
     Citizenship_____
     Age_____54_____
     Lawful permanent resident? _____yes - 1964_____

2. Factors indicating dangerousness
    _X_ a. Criminal conviction
        _✓_ i. Referenced in Order to Show Cause or Notice to Appear
                a. Sentence _8 month_
                b. Time served_____
                c. Comments_____

        ___ ii. Other (Specify) _1971 - Program_

    ___ b. Nature of offense indicates propensity for violence
    _~~X~~_ c. Restraining order
    _X_ d. Other (Specify) _B/w arrived in past (INS says "numerous")._

3. Factors relevant to risk of flight from further proceedings:
    ___ a. Family ties to the United States
        ___Father ___Mother ___Spouse ___Children ___Siblings ___Grandparents
        ___Aunts, Uncles, Cousins ___Other (Specify)_____
        Comments:_____

    ___ b. Family ties to United States citizens _(adults) (6)_
        ___Father ___Mother ___Spouse _X_Children _X_Siblings ___Grandparents
        ___Aunts, Uncles, Cousins ___Other (Specify)_____
        Comments:_____

    ___ c. Family ties to Legal Permanent Residents
        ___Father ___Mother ___Spouse ___Children ___Siblings ___Grandparents
        ___Aunts, Uncles, Cousins ___Other (Specify)_____
        Comments:_____

    ___ d. Respondent's length of stay in the United States _____
    ___ e. Respondent's time of residence in community of residence_____
    _✓_ f. Employment history
        Occupation (primary)_____(secondary)_____
        Current employer_____
        Approximate length of time with current employer _20 year_
        Previous employer_____
        Approximate length of time with previous employer_____
        Job skills easily transferable to another community?_____

___g. Past immigration violations
      ___Came into the United States without inspection or admission
      ___Visa overstay
      ___Previously excluded, deported, or removed
      ___Other (Specify)_____

✓ h. Prior record at criminal or immigration proceedings
    ___Criminal proceedings
       x__Bench warrant(s) issued    *numerous*
       ___Contempt citations
       ___Probation or parole violations
       ___Other (Specify)_____
    ___Immigration proceedings
       ___In absentia order
       ___Failure to depart after ordered deported or removed
       ___Other (Specify)_____

___i. Nature of criminal and/or immigration violations demonstrates
    ___Deceitful character
    ___Lack of respect for authority
    ___Other (Specify)_____

___j. Already under supervision of state or federal authority
    ___Probation
    ___Parole
    ___Other (Specify)_____

⊘ k. Apparent eligibility for relief from removal
    ___Cancellation of removal or suspension of deportation
    ___Adjustment of status
    ___Asylum, Withholding of Removal, or Convention against Torture
    ⊘None
    ___Other (Specify)_____

4. Additional Comments

    *Considered aliens bond hrg*

    *— former cocaine addict — past job*
    *due to it.*

    *Considered long term residence*
    *in US*

Walter Dunn v. bond hearing memo.wpd

___Accordingly, based on the above noted factors, the Court finds that the Respondent presents a threat to the community or a significant flight risk and should be **detained** in the custody of the Immigration and Naturalization Service **without bond**.

___Accordingly, based on the above noted factors, the Court finds that the Respondent presents a risk of flight and that a bond in the amount of ___*$7,500.*___ is necessary to ensure the Respondent's presence at further immigration proceedings.

_____
Immigration Judge

_____
Date

**EXHIBIT 5**

 

IMMIGRATION COURT
3434 CONCORD ROAD
YORK, PA  17402

In the Matter of                              Case No.: A13-856-385

BANNISTER, GILBERTO                    IN REMOVAL PROCEEDINGS
         Respondent

*S. Greene, Esq*          ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on . 2-20-02 the
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[  ]  The respondent was ordered removed from the United States to
                                          or in the alternative to
[  ]  Respondent's application for voluntary departure was denied and
      respondent was ordered removed to
      alternative to
[  ]  Respondent's application for voluntary departure was granted until
            upon posting a bond in the amount of $ _____
      with an alternate order of removal to
[  ]  Respondent's application for asylum was (  )granted  (  )denied
      (  )withdrawn.
[  ]  Respondent's application for withholding of removal was (  )granted
      (  )denied  (  )withdrawn.
[  ]  Respondent's application for cancellation of removal under section
      240A(a) was (  )granted  (  )denied  (  )withdrawn.
[  ]  Respondent's application for cancellation of removal was (  )granted
      under section 240A(b)(1)    (  ) granted under section 240A(b)(2)
      (  ) denied  (  ) withdrawn.  If granted, it was ordered that the
      respondent be issued all appropriate documents necessary to give
      effect to this order.
[  ]  Respondent's application for a waiver under section _____ of the INA was
      (  )granted  (  )denied  (  )withdrawn or (  )other.
[  ]  Respondent's application for adjustment of status under section _____
      of the INA was (  )granted  (  )denied  (  )withdrawn.  If granted, it
      was ordered that respondent be issued all appropriate documents necessary
      to give effect to this order.
[  ]  Respondent's status was rescinded under section 246.
[  ]  Respondent is admitted to the United States as a _____ until _____
[  ]  As a condition of admission, respondent is to post a $ _____ bond.
[  ]  Respondent knowingly filed a frivolous asylum application after proper
      notice.
[  ]  Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[  ]  Proceedings were terminated.
[  ]  Other: _____
      Date:
      Appeal: Waived/Reserved    Appeal Due By:

                                          WALTER A. DURLING
            March 22, 2002                 Immigration Judge

881

EXHIBIT 6

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:  A13 856 385 - York

Date:  JUN 27 2002

In re:  GILBERTO BANNISTER

IN BOND PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:   Sandra Greene, Esquire

ON BEHALF OF SERVICE:   Jeffrey T. Bubier
                       Assistant District Counsel

APPLICATION:  Change in custody status

ORDER:

   PER CURIAM.  This is an appeal by the Immigration and Naturalization Service from an
Immigration Judge's January 22, 2002, bond order.  We note, however, that an Immigration Judge
has issued an order of removal against the respondent.  The Board has no record that an appeal was
taken from that removal order.  Thus, there is now an administratively final order of removal.  *See*
8 C.F.R. § 241.31. The authority of an Immigration Judge to set bond conditions ceases at the entry
of a final administrative order.  *See* 8 C.F.R. § 236.1(d)(1).  This Board's authority to set bond
conditions on appeal from an Immigration Judge's order derives from the Immigration Judge's
underlying authority to redetermine conditions of custody.  At this time, neither an Immigration
Judge nor this Board has authority to set bond conditions because a final order of removal has been
entered in the respondent's case.  Accordingly, the instant bond appeal from the Immigration Judge's
bond order is dismissed as moot and the Immigration Judge's bond order is vacated as moot.

FOR THE BOARD

EXHIBIT 7

No. 1115-0018

FEE STAMP

or mail this application to:
...IGRATION AND NATURALIZATION SERVICE

Date

_or type)_ **GILBERTO BANNISTER**          nee _____

(Full, True Name, without Abbreviations)                          (Maiden name, if any)

**B.C.P. CELL A127 – 1287 COUNTY WELFARE RAOD**
(Apartment number, Street address, and if appropriate, "in care of")

**LEESPORT, PENNSYLVANIA, 19533**
(City)     (Country)     (State)     (ZIP Code)

_____
(Telephone Number)

> **ALIEN REGISTRATION**
>
> No. **A13–856–385**

# INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

. apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

. s born in **PANAMA CITY – PANAMA** _____ on **JUNE 30, 1948**
(City)     (State or Country)                              (Month) (Day) (Year)

personal description is: Sex **MALE** complexion **BLACK** ; color of eyes **BROWN** ; color of hair **GRAY** ; height **5'** feet **6"** inches;

__182__ pounds; visible distinctive marks **SCAR ON RIGHT SIDE OF CHEST**

status: [X] Single;  [ ] Married:  [ ] Divorced:  [ ] Widower).

.ved in the United States at **BROOKLYN/NEW YORK** _____ on **??   1965**
(City and State)                                              (Month) (Day) (Year)

.e name **GILBERTO BANNISTER** _____ by means of **AIR PLANE**
(Name of ship or other means of arrival)

.S. Passport No **NONE** ____ issued to me at **NONE** _____ on _____
(Month) (Day) (Year)

.n Immigrant Visa. [X] Other (specify) **LEGAL PERMANENT RESIDENT – GREEN CARD**

.LL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.

.ly last permanent foreign residence was _____

.took the ship or other conveyance to the United States at _____
(City)                    (Country)

. was coming to _____ at _____
(Name of person in the United States)          (City and State where this person was living)

. traveled to the United States with _____
(Names of passengers or relatives with whom you traveled and their relationship to you if any)

. you been out of the United States since you first arrived? [ ] Yes [X] No: If "Yes" fill in the following information for every absence.

| DEPARTED | DATE RETURNED | Name Of Airlines Or Other Means Used To Return To The United States | Port Of Return To The United States |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

.) _____ .have .have not _ filed a petition for naturalization. (If "have" attach full explanation.)

**APPLICANT. - Do not write between the double lines below. Continue on next page.**

**ARRIVAL RECORDS EXAMINED**          **ARRIVAL RECORD FOUND**

.N _____          Place _____ Date _____
.ks _____          Name _____
.s _____          Manner _____
              Marital status _____          Age _____
_____ Upon _____

.00 (Rev. 04-11-91)          -1-          U.S. GOVERNMENT PRINTING OFFICE: 1991 O-278

claim United States citizenship (through my ... _eck whichever applicable_) ☐ father: ☒ mo ___ r; ☐ both parents:

optive parent(s) ☐ husband

y father's name is **SYDNEY BANNISTER** ___ ; he was born on ___ **? ? ? ? ? ? ? ? ? ? ? ?**
(Month) (Day) (Year)

**ANAMA CITY        PANAMA** ___ ; and resides at ___ **PANAMA**
(City)        (State or Country)                    (Street address, city and State or country. If dead write
___ He became a citizen of the United States by ☐ birth; ☐ naturalization on ___
and date of death)                                                        (Month)   (Day)    (Year)

___ (Name of court, city and State) ___ Certificate of Naturalization No. ___

ough his parent(s), and ___ issued Certificate of Citizenship No. A or AA ___
(was)   (was not)

own) His former Alien Registration No. was ___

___ lost United States citizenship. (_If citizenship lost, attach full explanation._)
(has)   (has not)

ided in the United States from ___ to ___ ; from ___ to ___ ; from ___ to ___
(Year)        (Year)        (Year)        (Year)        (Year)        (Year)
___ to ___ ; from ___ to ___ ; I am the child of his ___ marriage.
(Year)        (Year)        (Year)        (Year)        (1st, 2d, 3d, etc.)

y mother's present name is **FLORENCE STEWART** ___ ; her maiden name was **MILLER**

s born on **? ? ? ? ? ? ? ? ? ? ? ? ?** ___ at **NEW YORK CITY OR CADMAN PLAZA BKLYN** ___ ; she resides
(Month) (Day) (Year)                    (City) (State or country)
**? ? ? ? ? ? ? ? ? ? ? ? ? ? ?** ___
(Street address, city, and State or country. If dead write "dead" and date of death.)        She became a citizen of the

States by ☒ birth; ☐ naturalization under the name of ___ **FLORENCE STEWART**

**? ? ? ? ? ? ? ? ? ?** ___ in the ___ **NEW YORK CITY OF IN BROOKLYN CADMAN PLAZA**
(Month) (Day) (Year)                                (Name of court, city and State)

ate of Naturalization No. ___ ; ☐ through her parent(s), and ___ issued Certificate of
(was)   (was not)
ship No. A or AA **? ? ? ? ? ? ? ? ? ? ? ?** ___ (If known) Her former Alien Registration No. was **? ? ? ? ? ? ? ? ? ? ? ?**

___ lost United States citizenship. (_If citizenship lost, attach full explanation._)
(has)   (has not)

ided in the United States from ___ to ___ ; from ___ to ___ ; from ___ to ___
(Year)        (Year)        (Year)        (Year)        (Year)        (Year)
___ to ___ ; from ___ to ___ ; I am the child of her ___ marriage.
(Year)        (Year)        (Year)        (Year)        (1st, 2d, 3d, etc.)

y mother and my father were married to each other on ___ at ___
(Month) (Day) (Year)                    (City)   (State or country)

laim is through adoptive parent(s):

lopted on **1965 Or 1966** ___ in the ___ **? ? ? ? ? ? ? ? ? ? ? ? ? ? ? ? KINGS COUNTY?**
(Month) (Day) (Year)                        (Name of Court)
**? ? BKLYN N.Y** ___ by my **STEP FATHER** ___ who were ☒☒ United States citizens at that time.
(city or town) (State) (Country)                (mother, father, parents)

**? ? ? ? ? ? ? ? ? ?** ___ served in the Armed Forces of the United States from ___ to ___ and ___
(father)   (mother)                                        (Date)        (Date)        (was)   (was not)
bly discharged.

___ lost my United States citizenship. (_If citizenship lost, attach full explanation._)
(have)   (have not)

ibmit the following documents with this application:

_Nature of Document_                                        _Names of Persons Concerned_

___                                        ___

___                                        ___

___                                        ___

___                                        ___

___                                        ___

(°)

Fill in this block if your brother or sister, mother or father has applied for a certificate of citizenship.

| NAME OR RELATIVE | RELATIONSHIP | DATE OF BIRTH | WHEN APPLICATION SUBMITTED | CERTIFICATE NO. AND FILE NO., IF KNOWN AND LOCATION OF OFFICE |
|---|---|---|---|---|
| FLORENCE STEWART | MOTHER | ?????? | ???60s | |
| | | | | |
| | | | | |

Fill in this block only if you are now or ever have been a married woman. I have been married _____ (1, 2, 3, etc.) time(s), as follows:

| DATE MARRIED | NAME OF HUSBAND | CITIZENSHIP OF HUSBAND | IF MARRIAGE HAS BEEN TERMINATED | |
|---|---|---|---|---|
| | | | Date Marriage Ended | How Marriage Ended (Death or Divorce) |

Fill in this block only if you claim citizenship through a husband. (*Marriage must have occurred prior to September 22, 1922.*)

Name of citizen husband _____ (Give full and complete name) ; he was born on _____ (Month) (Day) (Year)

_____ (City) (State or country) ; and resides at _____ (Street address, city, and State or country. If dead, write "dead" and Date of death). He became a citizen of the United States by ☐ birth; ☐ naturalization on _____ (Month) (Day) (Year) in the _____ (Name of court, city, and State). Certificate of Naturalization No. _____, ☐ through his parent(s), and _____ (was) (was not) issued Certificate of Citizenship No. A or AA _____. He _____ (has) (has not) since lost United States citizenship. (*If citizenship lost, attach full explanation.*) of the _____ race. Before my marriage to him, he was married _____ (1, 2, 3, etc.) time(s), as follows:

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or Divorce) |

Fill in this block only if you claim citizenship through your stepfather (*Applicable only if mother married U.S. Citizen prior to September 22, 1922.*)

The full name of my stepfather is **HUDSON STEWART** ; he was born on _____ (Month) (Day) (Year) at **N.Y.C** (City) (State or country)

He resides at **79 Rogers Avenue Bklyn, New York** (Street address, city, and State or country. If dead, write "dead" and date of death) He became a citizen of the United States by ☒ birth; naturalization on _____ (Month) (Day) (Year) in the _____ (Name of court, city and State) Certificate of Naturalization No. _____, through his parent(s), and _____ (was) (was not) issued Certificate of Citizenship No. A or AA _____ He _____ (has) (has not) since lost United States citizenship. (*If citizenship lost, attach full explanation*) He and my mother were married to each other on _____ (Month) (Day) (Year) at _____ (City and State or city). My mother is of the _____ race. She _____ (was) (was not) issued Certificate of Citizenship No. A _____ Before marrying my mother, my stepfather was married _____ (1, 2, 3, etc.) time(s), as follows:

| DATE MARRIED | NAME OF WIFE | IF MARRIAGE HAS BEEN TERMINATED: | |
|---|---|---|---|
| | | Date Marriage Ended | How Marriage Ended (Death or Divorce) |

I **HAVE NOT** ~~XXXX~~ (have not) previously applied for a certificate of citizenship on _____ (Date), at _____ (Office)

(Signature of person preparing form. If other than applicant, I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.)

SIGNATURE: _____

DATE: _____

(SIGN HERE) ✗ _____
(Signature of applicant or parent or guardian)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
20 West Broadway
New York, New York 10007

File No. _____ A13 856 385

Date _____ May 6th, 1964

Index Unit    am

Gilberto BANNISTER
c/o Mrs. Florence Stewart
79 Rogers Avenue
Brooklyn 16, New York

Dear Sir:

In connection with the ~~XXXXXXXXXXXXXXX~~ issuance of your Alien Identification Card it is necessary that you comply with the items in this letter checked [✓] in red. THEN RETURN THIS LETTER with the requested information, documents, and forms:

[ ] Unless you furnish the requested information or document(s) checked [✓], it will be necessary to recommend to the court that your petition for naturalization be denied for lack of prosecution.

[ ]

[ ] Your application shows you do not have the required knowledge of English. Have someone read the attached Form M-132 to you. Resubmit your application when you have learned to read and write and speak English and are ready to be examined.

[ ] Complete or comply with those items on the application where checked [✓] in red.

[ ] The application is obsolete. Complete and return the enclosed new application.

[ ] Send money order or check for $_____ made payable to the "Immigration and Naturalization Service, Department of Justice". Do not send cash or postage stamps.

[✓] Submit 2 identical, unglazed photographs, 2 by 2 inches, on thin paper, light background showing front view without hat, distance from top of head to point of chin approximately 1¼ inches. They may be in natural color or in black and white, but black and white photographs which have been tinted or otherwise colored are not acceptable. Machine-made photographs are not acceptable.

[ ] Sign full name in ink on front of all photographs in the margin and not across the face or clothing.

[ ] Give your Alien Registration number_____

[ ] You must reside in your State for 6 months before you can apply for naturalization. Resubmit your application after_____.

Form N-14 (Rev. 10-15-63)                                                          (Over)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Gilbert Bannister :      CIVIL ACTION

v. :

John Ashcroft, et al. :      NO. 02cv3531

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)    Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.      ( ✗ )

(b)    Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c)    Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d)    Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e)    Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)      ( )

(f)    Standard Management -- Cases that do not fall into any one of the other tracks.      ( )

FILED NOV 1 8 2002

11/18/02
_____
Date

(Civ 660) 7/95

EXHIBIT 8



**U.S. Department of Justice**
Immigration and Naturalization Service
Philadelphia District
*1600 Callowhill Street*
*Philadelphia, PA   19130*

Addressee:
Gilberto Bannister
C/O INS Berks County Prison
B.C. P Cell A127
1287 County Welfare Road          Refer to this file number A-13 856 385
Leesport, PA 19533

Date: November 15, 2002

## DECISION

It is ordered that your Application for Certificate of Citizenship, Form N-600, be denied for the reasons explained in the attachment.  Please see the attachment.

You may, if you wish, appeal this decision.  You must submit such an appeal this office with the filing fee of $110.00.  If you do not file an appeal within the time allowed, this decision is final. Appeal in your case may be made to:

**The Administrative Appeals Unit (AAU) in Washington, D.C.**  It must reach this office within 30 calendar days from the date this notice is served (33 days if this notice is mailed).

**Do NOT send an appeal directly to the AAU.**  Please direct any questions you may have to the Immigration and Naturalization Service Office nearest your residence.

Sincerely,

Kenneth John Elwood

Kenneth John Elwood
District Director

Enclosure(s):  Form I-290B

CC: Your Attorney ( X )

Form I-292

Attachment to Form I-292                                                          A-13 856 385

Reference is made to the Application for Certificate of Citizenship, Form N-600, filed by you on or around September 10, 2002 in accordance with Section 321 of the Immigration and Nationality Act as amended.

Section 321 (a) of the Act determines in part that

> A child born outside of the United States ... becomes a citizen of the United States upon the fulfillment of the following conditions:
> (1) The naturalization of both parents;
> (2) The naturalization of the surviving parent if one of the parents is deceased, or
> (3) The naturalization of the parent having legal custody of the child when there has been a legal separation of parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and if
> (4) Such naturalization takes place while the child is under the age of eighteen years; and
> (5) Such child is residing in the United States pursuant to a lawful admission for permanent residence at the time of the naturalization of the parent last naturalized under clause (1) of this subsection ... or thereafter begins to reside permanently in the United States while under the age of eighteen years.

Your Service file confirms that you were born in Panama on June 30, 1948. On April 25, 1964 you were admitted to the United States as a legal permanent resident. A birth certificate submitted in connection with your immigration lists your mother as Ms. Florencia Miller, and your father as Mr. Sidney Bannister. Both your parents are identified as citizens and residents of Panama. Your parents never became married to each other. On July 12, 1962 your mother married Mr. Hudson Stewart, and she testified that this was her first marriage. Mr. Stewart, your step-father, was also born in Panama.

On August 02, 1966 your mother became a naturalized citizen of the United States. At that time you had already reached your eighteenth birth date. There is no evidence that your biological father ever acquired United States citizenship. On May 25, 1966 your mother testified that Mr. Sidney Bannister still resided in Panama. You have claimed in your application that you derieved citizenship from your step-father. Your step-father may or may not have become a citizen of this country. However, there is no provision in the law allowing a step-parent to confer citizenship upon a step-child.

Inasmuch as none of your parents became United States citizens before you reached your eighteenth birth date, you did not derive United States citizenship at any time.

ORDER: The Application for Certificate of Citizenship, Form N-600, filed by you on or around September 10, 2002, is hereby denied.

**EXHIBIT 9**

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-cv-04047-JCJ

BANNISTER v. I.N.S.
Assigned to: HONORABLE J. CURTIS JOYNER
Referred to:
Demand: $
Lead Docket: None
Related Cases: 2:02-cv-08531-JCJ
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 06/21/02
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**
-----------------------

**GILBERT BANNISTER**                 represented by   **GILBERT BANNISTER**
                                                       BERKS COUNTY PRISON
                                                       LEESPORT, PA
                                                       PRO SE

V.

**Respondent**
-----------------------

**I.N.S.,** *ET. AL.*

United States District Court Eastern District of Pennsylvania - Docket Report          https://ecf.paed.uscourts.gov/cgi-bin/DktRpt.pl?780787174682617-L_795_0-1

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2002 | 1 | PETITION for Writ of Habeas Corpus , filed by GILBERT BANNISTER [pet].(ss, ) (Entered: 06/25/2002) |
| 06/28/2002 | 2 | ORDER THAT THE CLERK SHALL PROMPTLY FURNISH PETITIONER WITH THE IN FORMA PAUPERIS FORM AND PETITIONER SHALL EITHER COMPLETE AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS OR IN THE ALTERNATIVE TENDER THE REQUIRED $5.00 FILING FEE TO THE CLERK OF COURT WITHIN THIRTY DAYS OR ELSE THIS ACTION WILL BE DISMISSED.. SIGNED BY JUDGE J. CURTIS JOYNER ON 6/28/02. 7/1/02 ENTERED AND COPIES MAILED AND FAXED.(lvj, ) (Entered: 07/01/2002) |
| 08/13/2002 | 3 | ORDER THAT THIS CIVIL ACTION IS DISMISSED WITHOUT PREJUDICE.. SIGNED BY JUDGE J. CURTIS JOYNER ON 8/13/02. 8/14/02 ENTERED AND COPIES MAILED.(lvj, ) (Entered: 08/14/2002) |
| 09/23/2002 | 4 | MOTION FOR PERMISSION TO PROCEED IN THE DISTRICT COURT AND/OR ON APPEAL IN FORMA PAUPERIS IN HABEAS CORPUS FILED BY GILBERT BANNISTER..(lvj, ) (Entered: 09/25/2002) |
| 11/22/2002 | 5 | ORDER THAT THE MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED AND PETITIONER IS GIVEN LEAVE TO PROCEED IN THIS ACTION IN FORMA PAUPERIS. IT IS FURTHER ORDERED THAT THE CLERK OF COURT IS DIRECTED TO SERVE A COPY OF THE PETITION FOR HABEAS COPRUS UPON THE NAMED RESPONDENT.. SIGNED BY JUDGE J. CURTIS JOYNER ON 11/22/02.11/25/02 ENTERED AND COPIES MAILED. (lvj, ) (Entered: 11/25/2002) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/20/2003 11:52:34 | | |
| PACER Login: | us5102 | Client Code: | |
| Description: | Docket Report | Case Number: | 2:02-cv-04047-JCJ |
| Billable Pages: | 1 | Cost: | 0.07 |