W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GILBERT BANNISTER              :         CIVIL ACTION
                               :
          v.                   :
                               :
I.N.S., ET AL                  :         NO. 02-4047


**O R D E R**

      AND NOW, this 29TH day of JANUARY, 2003, it ordered that this matter is scheduled for a  - STATUS conference on FEBRUARY 12, 2003 at 9:15AM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419

ATTEST:                                  or    BY THE COURT


BY: ANGELA J. MICKIE                     _____
    Deputy Clerk                                      Judge

Civ 12 (9/83)