W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT BANNISTER #13856385 BERKS CO. PRISON LEESPORT, PA 19533 | : | CIVIL ACTION |
| v. | : : : | |
| I.N.S., ET AL | : | NO. 02-4047 |

### O R D E R

AND NOW, this 10TH day of FEBRUARY, 2003, it is **Ordered** that this matter is scheduled for a RULE 16 CONFERENCE on FEBRUARY 12, 2003 at 9:15am before the Honorable J. Curtis Joyner.

**THEREFORE**, I am directing the Warden of BERKS CO. PRISON to have this individual available for a telephone conference call. The defendant is directed to contact chambers at 215-597-1537 on FEBRUARY 12, 2003 at 9:15am.

BY THE COURT:

_____
J. CURTIS JOYNER,   J.