W:\FORMS\.FRM

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GILBERT BANNISTER                     :
                                      :
     vs.                              :          CIVIL ACTION NO. 02-4047
                                      :
I.N.S., ET AL                         :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  12TH  day of  FEBRUARY, 2003,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:

 

_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)