IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GILBERTO BANNISTER            : CIVIL ACTION
                              :
     vs.                      :
                              : NO. 02-4047
INS                           :
```

**ORDER**

AND NOW, this _____ day of April, 2003, upon consideration of Plaintiff's Motion for Extension/Enlargement of Time to file his Brief in Support of his Petition for Writ of Habeas Corpus and it appearing the Court that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and the time within which Plaintiff has to file his supporting brief is EXTENDED for a period of sixty (60) days from the date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.